**291-15**

# ELECTRONIC RECORD

COA # 10-14-00058-CR

OFFENSE: Evading Arrest

STYLE: Leroy Calhoun, Jr. v. The State of Texas

COUNTY: Brazos

TRIAL COURT: 272nd District Court

TRIAL COURT #: 12-03318-CRF-272

TRIAL COURT JUDGE: Hon. Travis B. Bryan III

DISPOSITION: AFFIRMED

_____ MOTION

FOR REHEARING IS: _____

DATE: _____

JUDGE: _____

DATE: February 12, 2015

JUSTICE: Davis          PC ____   S   YES

PUBLISH: _____        DNP:   YES

CLK RECORD: 3/10/2014

RPT RECORD: 5/7/2014

STATE BR: 7/10/2014

APP BR: 6/11/2014

SUPP CLK RECORD: _____

SUPP RPT RECORD: _____

SUPP BR: _____

PRO SE BR: _____

# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD

CCA # **291-15**

--------------------

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: _08/26/2015_

JUDGE: _Per Curiam_

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____